UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Scott Prindle,

          Plaintiff,

v.

WESTconsin Credit Union,

          Defendant.

Case No. 18-CV-156

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned parties hereby jointly stipulate to the dismissal of the above-captioned action, including all claims therein, with prejudice, each party to bear his/its own costs and attorneys' fees.

**SKINNER & ASSOCIATES**

By: /s/ Carol N. Skinner
    Carol N. Skinner (December 17, 2018)
    State Bar No. 1017307
    Attorneys for Plaintiff
    212 Commercial Street
    Hudson, WI 54016
    (715) 386-5800
    cskinner@skinnerlaw.com

**WELD RILEY, S.C.**

By: /s/ Bryan T. Symes
    Bryan T. Symes (December 17, 2018)
    State Bar No. 1075961
    Attorneys for Defendant
    3624 Oakwood Hills Pkwy
    P.O. Box 1030
    Eau Claire, WI 54702-1030
    (715) 839-7786
    bsymes@weldriley.com